75 So.2d 109

### Melvin SPARKS

v.

### STATE.

6 Div. 770.

Supreme Court of Alabama.

Aug. 30, 1954.

Rehearing Denied Oct. 28, 1954.

LeMaistre, Clement & Gewin, Walter P. Gewin and Perry Hubbard, Tuscaloosa, for petitioner.

Si Garrett, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Melvin Sparks for certiorari to the Court of Appeals to review and revise the judgment and decision of the Court, after remandment, in Sparks v. State, 37 Ala.App. 631, 75 So.2d 96.

Writ denied.

SIMPSON, STAKELY and MERRILL, JJ., concur.